Priority
Send
Enter
Closed
JS-2/JS-3
~~Scan~~ Only ✓

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO ROY RIVERA, | Case No. CV 05-3302-AG (OP) |
| Petitioner, | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| D. L. RUNNELS, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge, <u>de novo</u>. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

///
///
///

1   IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2   Final Report and Recommendation; and (2) directing that Judgment be entered
3   denying the First Amended Petition and dismissing this action with prejudice.
4
5   DATED: Dec 27, 2011
                                    _____
6                                   HONORABLE ANDREW J. GUILFORD
                                    United States District Judge
7
8   Prepared by:
9
10
11  _____
    HONORABLE OSWALD PARADA
12  United States Magistrate Judge