Priority
Send
Enter
Closed
~~JS-5~~/JS-6 ✓
JS-2/JS-3
~~Scan~~ ~~Only~~ ✓

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO ROY RIVERA,<br><br>Petitioner,<br><br>v.<br><br>D. L. RUNNELS, Warden,<br><br>Respondent. | Case No. CV 05-3302-AG (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: Dec 27, 2011

HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge